**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6260

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LEILA VARETTA HECTOR, a/k/a Leila Varretta Hector, a/k/a Leila Varetta Hector-Dykes, a/k/a Rita Hector,

Defendant - Appellant.

No. 23-7133

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LEILA VARETTA HECTOR, a/k/a Leila Varretta Hector, a/k/a Leila Varetta Hector-Dykes, a/k/a Rita Hector,

Defendant - Appellant.

Appeals from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, Senior District Judge.  (2:18-cr-00003-JPJ-PMS-2)

Submitted:  September 23, 2024                    Decided:  October 1, 2024

Before GREGORY, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leila Varetta Hector, Appellant Pro Se. S. Cagle Juhan, OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia; Jonathan Patrick Jones, Assistant United States Attorney, Jason Mitchell Scheff, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Leila Varetta Hector appeals the district court's orders denying her motions for compassionate release under 18 U.S.C. § 3582(c)(1)(A) and denying reconsideration. We have reviewed the record and conclude that the district court did not abuse its discretion by finding that the 18 U.S.C. § 3553(a) factors weighed against Hector's release. *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review). Accordingly, we affirm the district court's orders. *United States v. Hector*, No. 2:18-cr-00003-JPJ-PMS-2 (W.D. Va. Dec. 28, 2022; Feb. 27, 2023; Oct. 5, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*